**Exhibit 1**

**UNITED STATES DISTRCT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO: 3:26-cv-01661-K |
| LIFT LENDING, LLC, | § | |
| Defendant. | § | |

## DECLARATION OF KASSIUS SANTOS

My name is Kassius Santos. I am over the age of 21 years and understand the taking of an oath. I have personal knowledge of every statement set forth in this Declaration, all of which are true and correct.

1. I am the CEO of Lift Lending, LLC ("Lift Lending").

2. I am, and during the months of May and June, 2026 was, the representative of Lift Lending that interacts with Lift Lending's registered agent.

3. Beginning on May 26, 2026, I began preparing to leave the country from May 30, 2026, through June 16, 2026. I overlooked the email from Lift Lending's registered agent regarding receipt of the summons and complaint filed by Mr. Laccinole. My flight back to the United States was on June 16, 2026. I arrived home around 11 PM.

4. On June 22, 2026, Lift Lending was notified about the lawsuit filed by Mr. Laccinole by one of its outside counsel. Neither I, nor anyone else associated with Lift

Lending was aware that Mr. Laccinole had filed a lawsuit against Lift Lending, or that the lawsuit had been served on Lift Lending's registered agent before June 22, 2026.

5. On June 23, 2026, Lift Lending retained Burr & Forman, LLP to represent it in the lawsuit filed by Mr. Laccinole.

6. Lift Lending meant no disrespect to this Court or the judicial process by not responding to the Complaint by June 17, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2026.

Kassius Santos

Kassius Santos