# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHRISTOPHER LACCINOLE, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>LIFT LENDING, LLC,<br><br>Defendant. | Case No.: 3:26-cv-01661-K |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff, Christopher Laccinole, by counsel, hereby notifies the Court that the parties have reached a settlement of all Plaintiff's individual claims and will file a stipulation of dismissal with prejudice of Plaintiff's individual claims upon completion of the related settlement documentation. Class claims will be dismissed without prejudice.

Dated: September 17, 2026.

Respectfully submitted,

*<u>/s/ Chris Miltenberger</u>*
Chris Miltenberger, Esq.
Texas State Bar Number 14171200
**Law Office of Chris R. Miltenberger, PLLC**
1360 N. White Chapel Blvd., Suite 200
Southlake, Texas 76092
Tel: (817) 416-5060
Fax: (817) 416-5062
chris@crmlawpractice.com

John A. Love*
**LOVE CONSUMER LAW**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
(tel.) 404.855.3600
(fax) 404.301.2300
tlove@loveconsumerlaw.com

Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*Admitted *pro hac vice*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of the foregoing document was filed via the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.

Dated: September 17, 2026.

*/s/ Chris Miltenberger*
Chris Miltenberger, Esq.
*Counsel for Plaintiff*